UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FUNG YING TANG,<br><br>             Plaintiff,<br><br>      v.<br><br>MARRIOTT HOTEL SERVICES, INC., et al.,<br><br>             Defendants. | Case No: C 13-4227 SBA<br><br>**ORDER** |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED without prejudice.  In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed by no later than sixty (60) days from the date this Order is filed.  All scheduled dates are VACATED.  The Clerk shall terminate any pending matters.

IT IS SO ORDERED.

Dated: 3/4/2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge